RAE ARONSON AND IRVING GREENBERG v. TOWNSHIP OF CRANBURY.

March 7, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES E. HUBBS.

March 7, 1983.

Petition for certification dismissed as moot.

STATE OF NEW JERSEY v. PETER A. ROBINSON.

March 10, 1983.

This matter having been duly considered and the Court having determined that certification was improvidently granted; It is ORDERED that the within appeal be and hereby is dismissed. (See 91 *N.J.* 558)